# AFFIDAVIT

I, John S. Christie, a Task Force Officer ("TFO") of the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), United States Department of Justice, being duly sworn under oath, hereby depose and state:

1. I am a law enforcement officer of the United States, and under 18 U.S.C. § 3051, I am charged by the Attorney General with the duty of enforcing any of the criminal, seizure, or forfeiture provisions of the laws of the United States, may carry firearms, serve warrants and subpoenas issued under the authority of the United States, make arrests without warrant for any offense against the United States committed in my presence, or for any felony under the laws of the United States if there are reasonable grounds to believe that the person to be arrested has committed or is committing such a felony.

2. I have been employed by the Ohio Adult Parole Authority (APA) as a Parole Officer since March of 2016. Since May of 2017, I have been serving as a TFO with the ATF. I am presently assigned to the APA's Akron Region and to ATF's Cleveland Field Office.

3. I am a graduate of New Employee Orientation at the State of Ohio Department of Rehabilitation and Corrections Training Academy, located in Orient, Ohio, as well as Basic Probation Officer Training, through the Georgia Department of Corrections in Forsyth, Georgia. During these training academies, I learned about the supervision of felony offenders as well as conducting investigations, interviews, execution of arrest warrants, and criminal procedure.

4. I was previously employed as a Probation Officer with the Georgia Department of Corrections from September of 2011 to May of 2015. During that time, I both led and assisted with numerous drug and gang investigations that involved identifying criminal activity, application of various investigative techniques, conducting searches, as well as obtaining and executing arrest warrants.

5.      I received a Bachelor's Degree in Sociology with a concentration in Criminal Justice from St. John Fisher College in Rochester, NY. I have completed numerous specialized training courses through organizations such as the Atlanta – Carolinas High Intensity Drug Trafficking Area (HIDTA) and the Georgia Public Safety Training Center, including courses on interviews and interrogations, search warrants and affidavits, gang investigations, advanced gang investigation and prosecution techniques, cyber-crime investigations, financial crime investigations, and money laundering investigations. I have also completed an ATF Joint Law Enforcement Operations (JLEO) TFO program in Washington DC, which included training on federal firearms laws and firearms identification. In addition to these courses, I have been trained and certified as a semi-automatic pistol instructor and a Glock pistol armorer.

6.      As an ATF Task Force Officer, I have conducted and/or assisted in numerous investigations involving the possession, distribution, and trafficking of controlled substances, in violation of State and Federal laws. These drug investigations have involved searching persons, electronic devices, social media, residences, and vehicles, for contraband, using both search warrants and consent waivers. During these searches, I have gained experience in identifying controlled substances. I have also gained experience with other contraband commonly associated with illegal drug activity including, cutting agents, narcotics packaging material, drug paraphernalia, counterfeit currency, and other items used in the sale and distribution of controlled substances. I have also gained knowledge that those involved in the distribution of narcotics often utilize electronic devices, such as cellular phones, and social media websites/applications to communicate with their customers and suppliers.

7.      As an ATF Task Force Officer, I have conducted and/or assisted in numerous investigations involving the possession and trafficking of firearms in violation of State and Federal laws, as well as the use of firearms in furtherance of other criminal offenses.  In

conducting these investigations, I have utilized a variety of investigative techniques and resources, including but not limited to surveillance, confidential informants, controlled purchases, trash pulls, social media research, electronic databases and interviews. During these investigations, I have learned that firearms are often acquired through third parties, due to the subjects of investigation being prohibited from legally purchasing firearms. Like drug distribution and trafficking, individuals engaged in illegal firearms trafficking utilize electronic devices, such as cellular phones, and social media websites/applications to communicate with their customers and suppliers.

8. The facts contained in this Affidavit are based upon my personal knowledge of the investigation, in addition to the knowledge, training, experience, and the observations of other law enforcement officers. All observations and information referenced below that were not personally made or learned by me were relayed to me by the persons who made such observations or learned such information. Such information was provided either verbally or in written format. This Affidavit contains information necessary to support probable cause for this application. This Affidavit is not intended to be a complete review of all topics discussed in interviews or conversations referenced herein. In addition, this Affidavit is not intended to include each fact and matter observed or known by other law enforcement officers, the government, or me.

**PROBABLE CAUSE**

9. On February 10, 2021, ATF and Akron Police Department (APD) traveled to 2658 Christensen Avenue, Akron, Ohio to execute a federal search warrant at the residence. The warrant was issued on February 9, 2021, in United States District Court for the Northern District of Ohio case number 5:21mj1047. At approximately 12:45 PM, as law enforcement personnel converged on the residence, APD Detective James Alexander observed Shakur MOSS operating

a 2020 Kia Soul bearing Pennsylvania registration LJM8934, traveling east bound on Nesmith Lake Boulevard towards 2658 Christensen Avenue. APD Detective Alexander observed the vehicle was traveling at a high rate of speed and knew that MOSS had a suspended driver's license.

10. APD Detective Alexander activated the emergency lights and siren on his marked APD police vehicle but MOSS failed to pull over. MOSS continued traveling on Nesmith Lake Boulevard until he failed to negotiate a turn onto Brenneman Boulevard, at which time he struck a guard rail and a parked vehicle. Once the vehicle came to a stop, MOSS exited the driver's door. APD Detective Zachary Magaw then observed MOSS throw a pistol, which landed in the yard of 2670 Nesmith Lake Boulevard. MOSS was then apprehended near the corner of Brenneman Boulevard and Nesmith Lake Boulevard. The scene of this crash was approximately 100 yards away from 2658 Christensen Avenue.

11. While this was occurring, ATF personnel were knocking and announcing their presence at 2658 Christensen Avenue. There was no response from anyone inside the residence so ATF personnel forced entry through the rear door of the residence. Once inside, law enforcement encountered Tinea JACKSON and her young daughter Takur'A Jackson. A security sweep was conducted and no one else was found to be inside of the residence.

12. Once the residence was secured, I went to the scene of the traffic crash. APD Detective Magaw then showed me where the pistol that MOSS threw was located. I observed the pistol was a compact semi-automatic pistol with a black frame and a silver slide. Previously on February 9, 2021, at approximately 7:44 PM, I observed a Facebook Live video on MOSS's Facebook page. A Facebook Live video is a live-streamed video that users can post to their page. After the live stream stops, the video remains on the user's page until it is deleted. During the video, I observed MOSS holding a compact semi-automatic pistol with a black frame and silver slide, similar in

appearance to the firearm recovered at 2670 Nesmith Boulevard on February 10, 2021. The pistol recovered from the scene was determined to be a Taurus model G2c 9mm caliber pistol bearing serial number TLX62299. It was found to be loaded with a round of ammunition in the chamber and ammunition in the magazine.

13. APD Detectives conducted a tow inventory of the 2020 Kia Soul and located the following items:

   a) One (1) Apple Iphone in clear case

   b) One (1) Apple Iphone in black case

   c) One (1) Coach bag containing items including $4702.57 in United States Currency

   d) One (1) Burberry coat

14. APD Detectives also searched MOSS incident to arrest and located a lanyard of keys and a single residential key in MOSS's pocket. I later took those keys to 2658 Christensen Avenue and determined that the single key from MOSS's pocket and at least one key from the lanyard engaged and disengaged the lock on the rear door of 2658 Christensen Avenue.

15. Law enforcement personnel inside of 2658 Christensen Avenue also began searching pursuant to the federal search warrant. Listed below are some of the significant items located in the residence:

   a) One (1) Century Arms Inc. model M70AB2T (AK-47 type) 7.62x39mm caliber rifle bearing seral number AB2T-C202173 located in the SE bedroom.

   b) One (1) AK-47 magazine loaded with ammunition in the living room.

   c) One (1) Bersa model Thunder 380 .380 caliber pistol bearing serial number C47592 located in the SW bedroom. This firearm was determined to be stolen.

   d) One (1) backpack located at the base of the attic stairs in the living room that contained plastic sandwich bags, two digital scales, two plastic spoons, a blender cap with white

5

powder, a plastic sandwich bag containing approximately 4 grams of suspected crack cocaine, vacuum seal packaging material, one vacuum seal bag containing approximately 466 grams of suspected methamphetamine (field tested positive), one vacuum seal bag containing approximately 70 grams of suspected methamphetamine (field tested positive), and one vacuum seal bag containing approximately 86 grams of suspected methamphetamine (field tested positive).

e) Multiple documents belonging to MOSS throughout the residence.

16. It should be noted that the Century Arms rifle located in the SE bedroom of the residence appears to the same type of rifle as was depicted in a photograph I observed on MOSS's Facebook page on November 21, 2020. In the photograph, MOSS appeared to be holding the rifle in the same bedroom in which the Century Arms rifle was located.

17. ATF Special Agent (SA) Clay McCausland conducted an interview of JACKSON. During the interview, she denied having knowledge of any of the firearms or suspected controlled substance located in the residence.

18. ATF SA McCausland also conducted an interview of MOSS. ATF SA McCausland advised MOSS of his Miranda rights, and MOSS agreed to speak with law enforcement. During the interview, he admitted to possessing a firearm because people are trying to kill him and he is scared for his life. MOSS also admitted to residing at 2658 Christensen Avenue and indicated that the methamphetamine was obtained locally.

**Interstate Nexus of Firearm**

19. On February 11, 2021, ATF SA Joshua Snyder, a Firearm Interstate Nexus Expert, examined photographs of the markings on the Taurus model G2c 9mm caliber pistol bearing serial number TLX62299, the Century Arms Inc. model M70AB2T (AK-47 type) 7.62x39mm caliber rifle bearing seral number AB2T-C202173, and the Bersa model Thunder 380 .380

caliber pistol bearing serial number C47592. ATF SA Snyder identified the firearms as being manufactured outside the State of Ohio. Thus, the recovered firearm and ammunition had traveled in interstate commerce and/or foreign commerce.

### Prior Criminal Record of Shakur MOSS

20. MOSS is a convicted felon prohibited from possessing firearms. A Computerized Criminal History (hereinafter CCH) query on MOSS revealed a felony conviction in Summit County, Ohio. On or about September 20, 2011, MOSS was convicted of the offense of Burglary, a felony of the second degree, in Summit County Court of Common Pleas case number CR-2011-06-1493-A. MOSS was committed to the Ohio Department of Rehabilitation and Correction for a definite term of two years. I obtained certified copies of the indictment and judgment in the aforementioned case from the Summit County Clerk of Courts.

21. This affidavit is not intended to provide a full review of MOSS's criminal history.

### CONCLUSION

22. Based upon the above listed facts and circumstances, I assert there is probable cause to believe that:

    A. On or about the 10th day of February 2021, Shakur MOSS did unlawfully, knowingly possess a firearm(s) and ammunition, in and affecting interstate or foreign commerce, after having been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing he had previously been convicted of such a crime, in violation of Title 18 U.S.C. Section 922(g)(1).

    B. On or about the 10th day of February 2021, Shakur MOSS did unlawfully, knowingly possess methamphetamine with intent to distribute in violation of Title 18 U.S.C. Sections 841(a)(1) & (b)(1)(A).

C.  The above violations were committed in the Northern District of Ohio, Eastern Division. I respectfully request that the Court issue a criminal complaint charging said offenses and an arrest warrant for Shakur MOSS.

John S. Christie, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to via telephone after submission by reliable electronic means, Fed. R. Crim. P. 3, 4(d) and 4.1, this 11th day of February 2021.

Kathleen B. Burke, U.S. Magistrate Judge